UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                          Case No. 14-54242

TERRENCE JAMES BANKS, *pro se*,                 Chapter 13
TAMIKA LASHON BANKS, *pro se*,
                                                Judge Thomas J. Tucker
_____ /

### ORDER CONDITIONALLY DISSOLVING SHOW CAUSE ORDER

This case came before the Court for a hearing on October 23, 2014, on the Court's show cause order, entitled "Order Requiring Debtors to Appear and Show Cause Why This Case Should Not Be Dismissed For Debtor's Failure To Pay The Filing Fee For Case Nos. 14-51024 and 14-51903" (Docket # 19, the "Show Cause Order"). The Debtors each appeared at the hearing, as did counsel for the Chapter 13 Trustee. For the reasons stated by the Court on the record during the hearing,

IT IS ORDERED that the Show Cause Order is dissolved, on the condition stated below.

IT IS FURTHER ORDERED that the Debtors must pay in full the filing fees owing for their two prior cases (Case No. 14-51204, $310.00; and Case No. 14-51903, $310.00) no later than December 22, 2014, or the Court will dismiss this case without further notice or hearing.

.

**Signed on October 24, 2014**

                                               /s/ Thomas J. Tucker
                                               Thomas J. Tucker
                                               United States Bankruptcy Judge