**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION – DETROIT**

IN THE MATTER OF:            CHAPTER 13
                                         CASE NO: 14-54242
TERRENCE & TAMIKA BANKS    Debtor(s)     JUDGE: ☒TUCKER    ☐ SHAPERO
_____/

**ORDER ADJOURNING SECTION 341**
**MEETING OF CREDITORS AND CONFIRMATION HEARING**

The Debtor(s) made a request of the Trustee for adjournment of the originally scheduled Section 341 Meeting of Creditors. The granting of such request necessitates the need for adjournment of the originally scheduled Confirmation Hearing.

The Chapter 13 Trustee, having reviewed same and agreeing that the request for such an adjournment is reasonable, this Court hereby grants this request for adjournment by the following adjournment dates:

***NEW 341 DATE:***     __12/16/14_____         ***TIME:*** _11AM_____

***NEW CONFIRMATION DATE:*** _2/12/15_____ ***TIME:*** __10AM_____

**IT IS FURTHER ORDERED** that in the event that the hearing for adjourned Section 341 First Meeting of Creditors is not held, the Trustee may submit an Order of Dismissal to the bankruptcy court and the proceedings may be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

**IT IS FURTHER ORDERED** that in the event the Debtor fails to remit 100% of all required Plan payments pursuant to the Trustee's records by <<__2/5/15_____>> (one week prior to the adjourned Confirmation hearing), the proceedings may thereafter be dismissed without further hearing or notice.

**IT IS FURTHER STIPULATED** that the Debtor shall serve the Order adjourning the 341 Meeting of Creditors and Confirmation on the Matrix within seven (7) days of entry of this Order and file a Proof of Service with the Court.
.

**Signed on December 05, 2014**

                                                       _____/s/ Thomas J. Tucker_____
                                                       Thomas J. Tucker
                                                       United States Bankruptcy Judge