UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE TERRENCE JAMES BANKS
and TAMIKA LASHON BANKS,　　　　　　　　　　　CASE NO. 14-54242-TJT
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　Debtors.　　　　　　　　　　　　　　　　HON. Thomas J. Tucker
_____/

**CONSUMER PORTFOLIO SERVICES, INC.'S**
**AMENDED OBJECTION TO DEBTORS' PROPOSED CHAPTER 13 PLAN**

**NOW COMES** Consumer Portfolio Services, Inc., by and through its attorneys, the Law Offices of Richard A. Green, and for its Objection to Debtors' proposed Chapter 13 Plan, states as follows:

1.　　Terrence James Banks and Tamika Lashon Banks (the "Debtors") have submitted a modified proposed Chapter 13 Plan for confirmation by the Court which values a 2008 Chrysler Aspen bearing vehicle identification number 1A8HW58258F154046 (the "Vehicle") financed by Consumer Portfolio Services, Inc. ("CPS") under a Retail Installment Sale Contract dated February 25, 2013 (the "Security Agreement") at $15,555.00.

2.　　The value of the Vehicle for purposes of the Chapter 13 Plan confirmation is $20,481.16 as evidenced by the secured Proof of Claim filed by CPS as Debtors financed the purchase of the Vehicle within 910 days of the filing date, and as such, Debtors are not entitled to a "cram down" pursuant to 11 U.S.C. §1325.

3.　　The interest rate sought in the proposed Chapter 13 Plan of 3.50% is below market rates, results in unfair treatment of CPS and is inconsistent with the risks of providing financing to Debtors. The contract rate of interest is 20.95% percent and was based upon Debtors' credit history at the time that the money was borrowed. CPS submits that under recent authority, the appropriate

1

interest rate is at least six percent (6%).

4. The proposed Chapter 13 Plan is not feasible if the Vehicle is properly or accurately valued and if the appropriate interest rate is applied.

5. The Chapter 13 Plan is underfunded and does not provide for adequate protection of the secured claim for the Vehicle. In particular, considering the monthly plan payment of $2,069.06, post confirmation plan payments for the Vehicle will be significantly delayed while administrative expenses and attorney's fees are being paid.

6. Upon information and belief, Debtors have failed to maintain physical damage insurance for the Vehicle and CPS is not adequately protected as required under 11 U.S.C. §363(e).

**WHEREFORE**, Consumer Portfolio Services, Inc. respectfully requests that this Honorable Court deny confirmation of Debtors' proposed Chapter 13 Plan and issue an Order of Dismissal and Granting Relief from the Automatic Stay.

DATED: December 23, 2014                    RESPECTFULLY SUBMITTED,

                                             /s/ Richard A. Green
                                            RICHARD A. GREEN (P-36746)
                                            Attorney for Consumer Portfolio Services, Inc.
                                            705 S. Main St., Ste. 270
                                            Plymouth, MI 48170
                                            (734) 335-6032
                                            rgreenbankruptcyeast@yahoo.com